**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES HENRY HAWKINS | ) | Case No. 20−30048−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

| | | |
|---|---|---|
| JAMES HENRY HAWKINS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | APN:  20-3007-KLP |
| | ) | |
| JOSEPH JENKINS, JR. FUNERAL | ) | |
| HOME, INC., a Virginia corporation, et al. | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

COMES NOW the Plaintiff, by counsel, and files the following Motion for Entry of Default and Default Judgment, and in support thereof, states as follows:

1.     Default and Default Judgment is being sought against Joseph Jenkins, Jr. Funeral Home, Inc.

2.     The Plaintiff filed this Adversary Proceeding on January 20, 2020.

3.     On January 22, 2020 Joseph Jenkins, Jr. Funeral Home, Inc. was served with the Summons and Complaint by first class mail.

4.     The certificate of service in this case was filed on January 22, 2020.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Plaintiff*

5        To date, Joseph Jenkins, Jr. Funeral Home, Inc. has not filed an answer, motion or any responsive pleading to the Complaint within the time limit fixed by the court or by Federal Rule of Bankruptcy Procedure 7012(a).

6.        In accordance with the Servicemember's Civil Relief Act of 2003, Joseph Jenkins, Jr. Funeral Home, Inc. is not in military service.  Joseph Jenkins, Jr. Funeral Home, Inc. is not a minor or incompetent person.

WHEREFORE, the Plaintiff respectfully requests that the Motion for Entry of Default and Default Judgment be granted and that the Court enter an Order declaring that the claim of the Joseph Jenkins, Jr. Funeral Home, Inc. against the Plaintiff and the Property referenced in the Complaint is unsecured, that the Debtor be permitted to treat Joseph Jenkins, Jr. Funeral Home, Inc. allowed claim as unsecured in the Chapter 13 Plan, and that the judgment lien be released against the Property, and for such other relief as the Court may deem appropriate.

Dated:  March 31, 2020

Respectfully Submitted,

JAMES HENRY HAWKINS

By:  /s/ James E. Kane
        James E. Kane (VSB #30081)
        KANE & PAPA, P.C.
        1313 East Cary Street
        Richmond, Virginia  23219
        Telephone: (804) 225-9500
        Facsimile: (804) 225-9598
        Email: jkane@kaneandpapa.com
        *Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 31, 2020, I mailed a true and exact copy of the foregoing

Motion by first class mail, postage pre-paid to:

> JOSEPH JENKINS, JR. FUNERAL HOME, INC.
> c/o  Meade A. Spotts, R/A
> 411 East Franklin St., Suite 611
> Richmond, VA  23219

> /s/ James E. Kane
> James E. Kane (VSB #30081)
> KANE & PAPA, P.C.
> 1313 East Cary Street
> Richmond, Virginia  23219
> Telephone: (804) 225-9500
> Facsimile: (804) 225-9598
> Email: jkane@kaneandpapa.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES HENRY HAWKINS | ) | Case No. 20−30048−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

| | | |
|---|---|---|
| JAMES HENRY HAWKINS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | APN:  20-3007-KLP |
| | ) | |
| JOSEPH JENKINS, JR. FUNERAL | ) | |
| HOME, INC., a Virginia corporation, et al. | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF MOTION AND HEARING

The above Plaintiff has filed a Motion for Entry of Default and Default Judgment, the motion being more particularly described in the Motion attached hereto.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Room 4000
    Richmond, VA  23219

4

You must also mail a copy to:

> James E. Kane, Esquire
> Kane & Papa, P.C.
> 1313 East Cary Street
> Richmond, Virginia  23219

- Attend a hearing scheduled for **May 13, 2020 at 9:30 a.m. at U.S. Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Room 5100, Richmond, VA  23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  March 31, 2020

JAMES HENRY HAWKINS


By: <u>/s/ James E. Kane</u>
                              Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2020, I mailed a true and exact copy of the foregoing

Notice by first class mail, postage pre-paid to:

> JOSEPH JENKINS, JR. FUNERAL HOME, INC.
> c/o  Meade A. Spotts, R/A
> 411 East Franklin St., Suite 611
> Richmond, VA  23219

> /s/ James E. Kane
> James E. Kane (VSB #30081)
> KANE & PAPA, P.C.
> 1313 East Cary Street
> Richmond, Virginia  23219
> Telephone: (804) 225-9500
> Facsimile: (804) 225-9598
> Email: jkane@kaneandpapa.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:                                          )
                                                )
JAMES HENRY HAWKINS                             )        Case No. 20−30048−KLP
                                                )        Chapter 13
      Debtor                                )
_____)_____

JAMES HENRY HAWKINS                             )
                                                )
      Plaintiff                             )
                                                )
v.                                              )        APN:  20-3007-KLP
                                                )
JOSEPH JENKINS, JR. FUNERAL                     )
HOME, INC., a Virginia corporation, et al.      )
                                                )
      Defendants                            )

## <u>DECLARATION OF JAMES E. KANE</u>

1.      I am counsel to the above-captioned Plaintiff.  I make this declaration in support of the Motion for Entry of Default and for Default Judgment pursuant to Bankruptcy Rule 7055.

2.      Default and Default Judgment is being sought against Joseph Jenkins, Jr. Funeral Home, Inc.

3.      The Plaintiff filed this Adversary Proceeding on January 20, 2020.

4.      On January 22, 2020 Joseph Jenkins, Jr. Funeral Home, Inc. was served with the Summons and Complaint by first class mail.

5.      The certificate of service in this case was filed on January 22, 2020.

6.      To date, Joseph Jenkins, Jr. Funeral Home, Inc. has not filed an answer, motion or any responsive pleading to the Complaint within the time limit fixed by the court or by Federal Rule of Bankruptcy Procedure 7012(a).

7.      In accordance with the Servicemember's Civil Relief Act of 2003, Joseph Jenkins, Jr. Funeral Home, Inc. is not in military service.  Joseph Jenkins, Jr. Funeral Home, Inc. is not a minor or incompetent person.

8.      I hereby swear or affirm under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge, information and belief.

Executed on March 31, 2020.


                                            /s/ James E. Kane
                                            James E. Kane


COMMONWEALTH OF VIRGINIA        )
CITY OF RICHMOND                )); to wit:

The foregoing was subscribed and sworn to me on March 31, 2020, under penalty of perjury, by James E. Kane.

                                            /s/ Cynthia Mae Dodd
                                            Notary Public

My commission expires:  August 31, 2022
Registration Number:  7798258